WO

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Kurt Adam Oldenburg,<br><br>                    Plaintiff,<br>   vs.<br><br>City of Phoenix et al.,<br><br>                    Defendants. | NO. 2:10-cv-00656-RCB<br><br>**O R D E R** |

The Court, having received and reviewed the parties' Stipulation for Dismissal with Prejudice, and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorney's fees.

DATED this 4th day of March, 2013.

_____
Robert C. Broomfield
Senior United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28